UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | |
|---|---|
| STEVEN WILSON POARCH, SR.,<br><br>    Plaintiff,<br><br>    v.<br><br>AMERICAN GENERAL FINANCIAL SERVICES, INC., a Delaware corporation, and AMERICAN GENERAL FINANCIAL SERVICES, INC., a Georgia corporation,<br><br>    Defendants. | Case No. 3:06cv412 |

MOTION OF DEFENDANT
AMERICAN GENERAL FINANCIAL SERVICES, INC.,
A DELAWARE CORPORATION, TO TRANSFER VENUE

Defendant American General Financial Services, Inc., a Delaware corporation ("AGFS-Delaware"), by and through its undersigned counsel and pursuant to 28 U.S.C. § 1404(a), hereby moves the Court to transfer venue of this action to the Southern District of Georgia—Brunswick Division.

In support of this Motion, AGFS-Delaware relies upon the pleadings on file in this action, its Memorandum of Law in Support of its Motion to Transfer Venue, and the Declaration of Robert Steven Ritter.

1

This 2nd day of October 2006.

              **s/ K. Stacie Corbett**
              T. Thomas Cottingham, III
              N.C. Bar No. 16439
              K. Stacie Corbett
              N.C. Bar No. 28482
              **HUNTON & WILLIAMS LLP**
              Bank of America Plaza
              101 South Tryon Street, Suite 3500
              Charlotte, NC 28280
              (704) 378-4700
              (704) 378-4890 ~ Fax
              *Counsel for Defendant*
              *American General Financial Services, Inc., a Delaware corporation*

# CERTIFICATE OF SERVICE

      I hereby certify that a true copy of the foregoing **MOTION OF DEFENDANT AMERICAN GENERAL FINANCIAL SERVICES, INC., A DELAWARE CORPORATION, TO TRANSFER VENUE** was sent via first class mail, postage prepaid, to the following parties listed below:

    John W. Taylor, Esq.
    Haley Mathews Jonas, Esq.
    P.O. Box 472827
    Charlotte, NC 28247-2827

This 2nd day of October 2006.

                                            **s/ K. Stacie Corbett**
                                              K. Stacie Corbett