IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
Civil Action No: 3:06-CV-00412-C

| | |
|---|---|
| STEVEN WILSON POARCH, SR.,<br><br>    Plaintiff,<br><br>v.<br><br>AMERICAN GENERAL FINANCIAL SERVICES, INC., a Delaware Corporation, AMERICAN GENERAL FINANCIAL SERVICES, INC., a Georgia Corporation, and EXPERIAN INFORMATION SOLUTIONS, INC.,<br><br>    Defendants. | ORDER |

Pursuant to LR 83.1 of this Court, and for good cause shown, the motion of Defendant Experian Information Solutions, Inc.'s counsel for the admission *pro hac vice* of Adam Wiers of the law firm of Jones Day in Chicago, Illinois is hereby **GRANTED**.

SO ORDERED.

Signed: April 17, 2007

_____
Carl Horn, III
United States Magistrate Judge