UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | |
|---|---|
| STEVEN WILSON POARCH, SR., <br><br> Plaintiff, <br><br> v. <br><br> AMERICAN GENERAL FINANCIAL SERVICES, INC., a Delaware corporation, and AMERICAN GENERAL FINANCIAL SERVICES, INC., a Georgia corporation, and EXPERIAN INFORMATION SOLUTIONS, INC., <br><br> **Defendants.** | Case No. 3:06cv412 |

**ORDER GRANTING CONSENT MOTION FOR
EXTENSION OF TIME TO FILE MOTIONS**

**THIS MATTER** is before the Court on the Consent Motion for Extension of Time to File Motions, filed August 7th, 2007. For good cause shown, the Court will grant the motion.

**THEREFORE, IT IS ORDERED, ADJUDGED, AND DECREED** that the Consent Motion for Extension of Time to File Motions is granted and the parties shall have through and including September 28, 2007 to file motions, with the exception of motions *in limine* and motions to continue, which the parties shall file at a later time, if appropriate.

**SO ORDERED.**

Signed: August 7, 2007

_____
Carl Horn, III
United States Magistrate Judge