UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | |
|---|---|
| STEVEN WILSON POARCH, SR.,<br><br>   Plaintiff,<br><br>   v.<br><br>AMERICAN GENERAL FINANCIAL SERVICES, INC., a Delaware corporation, and AMERICAN GENERAL FINANCIAL SERVICES, INC., a Georgia corporation,<br><br>   **Defendants.** | Case No. 3:06cv412 |

### ORDER

On August 31, 2007, Defendant American General Financial Services, Inc., a Delaware corporation ("AGFS-Delaware") filed a Motion to Seal Certain Documents. AGFS-Delaware's motion is hereby **GRANTED.**

The Clerk of Court is directed to **SEAL** the document attached as "Exhibit D" to "Plaintiff's Opposition to AGFS-Delaware's Motion for Leave to Amend Answer to Plaintiff's Amended Complaint" (document #56).

**SO ORDERED**.   Signed: August 31, 2007

_Carl Horn, III_
Carl Horn, III
United States Magistrate Judge