UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | |
|---|---|
| STEVEN WILSON POARCH, SR.,<br><br>    Plaintiff,<br><br>    v.<br><br>AMERICAN GENERAL FINANCIAL SERVICES, INC., a Delaware corporation, and AMERICAN GENERAL FINANCIAL SERVICES, INC., a Georgia corporation, and EXPERIAN INFORMATION SOLUTIONS, INC.,<br><br>    **Defendants.** | Case No. 3:06cv412 |

### ORDER

On September 10, 2007, Defendant American General Financial Services, Inc., a Delaware corporation ("AGFS-Delaware") filed a Motion to File Certain Documents Under Seal as prescribed in Local Rule 5.1(D). AGFS-Delaware's motion is hereby granted and it is ordered that the Declaration of Barry K. Dickman and the exhibits thereto shall be filed under seal.

**SO ORDERED**.

Signed: September 10, 2007

_Carl Horn, III_
Carl Horn, III
United States Magistrate Judge