## UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## CHARLOTTE DIVISION
### Civil No. 3:06cv00412

| | |
|---|---|
| STEVEN WILSON POARCH, SR., | ) |
| | ) |
| Plaintiff, | ) |
| vs. | ) |
| | ) |
| AMERICAN GENERAL FINANCIAL SERVICES, INC., a Delaware Corporation, and AMERICAN GENERAL FINANCIAL SERVICES, INC., a Georgia Corporation, | ) |
| | ) |
| Defendants. | ) |

**STIPULATION OF DISMISSAL WITH PREJUDICE AS TO DEFENDANTS AMERICAN GENERAL FINANCIAL SERVICES, INC., A DELAWARE CORPORATION, AND AMERICAN GENERAL FINANCIAL SERVICES, INC., A GEORGIA CORPORATION**

NOW COME the Plaintiff, Steven Wilson Poarch, Sr., and Defendants American General Financial Services, Inc., a Delaware corporation, and American General Financial Services, Inc., a Georgia Corporation, and pursuant to Fed. R. Civ. P. 41(a)(1)(ii), stipulate and agree that this action be dismissed with prejudice against Defendants, with each party to bear its own costs incurred within.

This 12th day of December 2007.

| | |
|---|---|
| /s/ John W. Taylor | /s/ K. Stacie Corbett |
| John W. Taylor, Bar No. 21378 | K. Stacie Corbett, Bar No. 28482 |
| Attorney for Plaintiff | Attorney for Defendants |
| Taylor & Associates | Hunton & Williams, LLP |
| 13777 Ballantyne Corp. Place, Ste. 320 | 101 South Tryon Street, Suite 3500 |
| Charlotte, NC 28277 | Charlotte, NC 28280 |
| Phone No.: (704) 540-3622 | Phone No.: (704) 378-4700 |
| Facsimile No.: (704) 540-3623 | Facsimile No.: (704) 378-4890 |
| Email address: johntaylor@johntaylorlaw.com | Email address: scorbett@hunton.com |